

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH C. BARRETT, et al., : | CIVIL ACTION |
| v. : | |
| : | NO. 03-4978 |
| WEST CHESTER UNIVERSITY : | |
| OF PENNSYLVANIA OF THE : | |
| STATE SYSTEM OF HIGHER : | |
| EDUCATION, et al. : | |

FILED
APR 24 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 24th day of April, 2009, upon consideration of Plaintiffs' Motion for a Reconsideration and Amendment of Award of Attorney's Fees (Doc. No. 45), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

R. Barclay Surrick, Judge